FILED
08 APR -7 AM 9:44
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RICHARD H HARPER,
    Plaintiff,

vs.

Y. MAYES,
    Defendant.

CASE NO. _____ WHA (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, RICHARD HARPER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✗ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $90.00          Net: $90.00

Employer: PIA LAUNDRY - MR OBANJO

1. If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ____ No ✗

    b. Income from stocks, bonds, or royalties?      Yes ____ No ✗

    c. Rent payments?      Yes ____ No ✗

    d. Pensions, annuities, or life insurance payments?      Yes ____ No ✓

    e. Federal or State welfare payments, Social Security or other government source?      Yes ____ No ✗

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?      Yes ____ No ✗

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.     a. List amount you contribute to your spouse's support:$ _____

1      b.    List the persons other than your spouse who are dependent upon you for
2          support and indicate how much you contribute toward their support. (NOTE:
3          For minor children, list only their initials and ages. DO NOT INCLUDE
4          THEIR NAMES.).
5  _____
6  _____
7  5.    Do you own or are you buying a home?    Yes ____ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ____ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No _X_ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.    Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ____ No _X_ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No _X_
20 _____
21 8.    What are your monthly expenses?
22 Rent: $_____ Utilities: _____
23 Food: $_____ Clothing: _____
24 Charge Accounts:
25 Name of Account    Monthly Payment    Total Owed on This Acct.
26 _____ $_____ $_____
27 _____ $_____ $_____
28 _____ $_____ $_____ 9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 March 25, 2008                              Richard Gauer
17     DATE                              SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Richard Gary Garver D14285</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>131.24</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>172.21</u>.    (20%= $34.44)

Dated: 3/12/08

_____
Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 10, 2008

ACCOUNT NUMBER : D14285                        BED/CELL NUMBER: AF08U 000000205L
ACCOUNT NAME   : GARVER, RICHARD GARY          ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION     COMMENT      CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE
-----  ----  -----------    ----------    ---------   ----------  -----------   ----------

09/01/2007    BEGINNING BALANCE                                                     82.54

09/05 W516 LEGAL COPY CH 1106                                          0.10         82.44
09/07 D550 INMATE PAYROL 1144   8/07                    111.36                     193.80
09/07 W450 DONATION-VETE 1159   A-8                                   30.00        163.80
09/10 FC01 DRAW-FAC 1    1198   A-8                                  120.00         43.80
09/12 D300 CASH DEPOSIT  1232  #50                       20.00                      63.80
10/01 W536 COPAY CHARGE  1512M09/30                                    5.00         58.80
10/04 D550 INMATE PAYROL 1594   9/07                     87.69                     146.49
10/05 FC01 DRAW-FAC 1    1645   A-8                                  146.49          0.00
11/06 D550 INMATE PAYROL 2079  10/07                     98.49                      98.49
11/07 FC01 DRAW-FAC 1    2125   A-8                                   70.00         28.49
11/08 W388 DONATION-SUCC 2146   LAU                                   19.25          9.24
12/03 W516 LEGAL COPY CH 2383                                          2.60          6.64
12/06 D550 INMATE PAYROL 2459  11/07                     94.06                     100.70
12/07 D340 EFT DEPOSIT   2479JP#209                     150.00                     250.70
12/07 FC01 DRAW-FAC 1    2485   A-8                                  150.00        100.70
12/18 D300 CASH DEPOSIT  2600  #117                      25.00                     125.70
    ACTIVITY FOR 2008
01/08 D550 INMATE PAYROL 2846  12/07                     94.28                     219.98
01/08 FC01 DRAW-FAC 1    2881   A-8                                  180.00         39.98
01/09 W450 DONATION-VETE 2900   A-8                                   19.50         20.48
01/16 D300 CASH DEPOSIT  3019  #140                      10.00                      30.48
01/24 W513 MISC. CHARGES 3169                                          3.20         27.28
02/06 D550 INMATE PAYROL 3416  01/08                     96.54                     123.82
02/07 FC01 DRAW-FAC 1    3465   A-8                                  120.00          3.82
03/05 W516 LEGAL COPY CH 3871                                          0.40          3.42
03/06 D550 INMATE PAYROL 3876   2/08                     86.66                      90.08
03/07 FC01 DRAW-FAC 1    3954   A-8                                   90.08          0.00

                              TRUST ACCOUNT SUMMARY

  BEGINNING       TOTAL         TOTAL         CURRENT        HOLDS         TRANSACTIONS
   BALANCE       DEPOSITS    WITHDRAWALS      BALANCE       BALANCE        TO BE POSTED
 -----------    ----------   -----------    -----------   -----------     --------------

    82.54         874.08        956.62          0.00          0.00             0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
-------------
   0.00
-------------